CRIMINAL INFORMATION SHEET    USPO __SaR__    TAPE #_____

Date: 11-18-05    Judge: ☐ MJ Joyner    Deputy: ☐ Linda Collins
                                ☐ MJ McCarthy          ☐ Joan Mayes
                                ☒ MJ Cleary          ☒ Howard Overton

Case No. 05-CR-155-TCK USA v. Lisa Findley
Defendant's Age __34__ Date of Birth __1971__ Sex __F__
Defendant's Address: Route 4 Box #353    City/State: Cleveland, OK 74020
Zip Code: 74020 Phone #: 358-3681
Date of Arrest: _____ Arrested By: _____
☐ Detention Requested by AUSA
Bail Recommendation: $ __10,000__ (Cash/Surety) (10%) (**Unsecured**)
Bail Fixed at: $ _____ (Cash/Surety) (10%) (Unsecured)
Bail Made: ☐ yes ☐ no

**Additional Conditions of Release:**
6. ☐ Defendant placed in custody of: _____

7. ☒ a    ☐ g    ☒ m    ☐ s
    ☒ b    ☐ h    ☐ n
    ☒ c    ☐ i    ☐ o
    ☐ d    ☐ j    ☒ p (6)
    ☐ e    ☐ k    ☐ q
    ☐ f    ☐ l    ☐ r

Defendant Requests Public Defender: ☒ yes ☐ no
Defendant's Attorney: Julie O'Connell    (**Ct. Appt**) (Ret.)
Address: _____ City/State/Zip: _____ Phone: _____
AUSA: McLoughlin

**MINUTES:**
☒ Defendant appears for IA on: ____ w/ret counsel   ✓ ct appt   ____ w/out counsel
    ✓ Indictment ____ Information ____ Complaint ____ Petition ____ Rule 5
☒ Financial Affidavit received; FPD appointed: ☒ present ☐ not present
☐ Defendant's name corrected by interlineation: _____
☐ Waivers executed and filed in open court:
       ☐ of Indictment; ☐ of Preliminary Exam; ☐ of Detention Hearing; ☐ of Rule 5 Hearings
☒ Bond set @ $10,000 Unsec Bond; bond and conditions of release executed and filed in open court
☐ Gov'ts Motion for detention filed in open court
☒ Arraignment held, defendant pleads Not Guilty, court accepts plea
☒ Scheduling dates to be mailed to counsel
☐ Detention Hearing Scheduled: _____ @ _____
☐ Preliminary Exam Scheduled: _____ @ _____
☐ Arraignment Scheduled: _____ @ _____
☐ Initial Appearance continued to _____ @ _____
☐ Defendant remanded to custody of U.S. Marshal:
       ☐ pending further proceeding; or ☐ pending satisfaction of conditions of bond
ADDT'L MINUTES: _____