# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>         Plaintiff, )<br>)<br>vs. )<br>)<br>LISA JEANINE FINDLEY, )<br>         Defendant. ) | **Case No. 05-CR-155-TCK** |

## **MOTION FOR CONTINUANCE**

Comes now the defendant, Lisa Jeanine Findley, by the Office of the Federal Public Defender and its attorney, Paul D. Brunton requests this Court continue the motion filing deadline and response filing deadline for approximately 7 (seven) days. This motion is based upon the following:

1. That, the defendant just received the discovery materials in the above case and needs additional time to consider potential pretrial motions, therefore counsel would request a seven day extension of the motion filing deadline;

2. That, I have contacted Assistant United States Attorney, Charles M. McLoughlin, and he has no objections to this continuance;

WHEREFORE, the defendant respectfully requests this Court continue the motion filing deadlines by approximately 7 (seven) days.

Respectfully submitted,

  s/Paul D. Brunton
Paul D. Brunton
OBA #1256
Attorney for Defendant
Federal Public Defender's Office
One West Third Street, Suite 1225
Tulsa, OK 74103
Telephone: 918/581-7656

# CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of December, 2005, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Mr. Charles M. McLoughlin
Office of the United States Attorney
110 W, 7th Street, Suite 300
Tulsa, Oklahoma 74119

    s/Paul D. Brunton
Paul D. Brunton,
Federal Public Defender