# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

United States of America,

          Plaintiff(s)

          **v.**

Lisa Jeanine Findley,

          Defendant(s).

)
)
)
)
)
)
)

Case No. 05-cr-155-TCK
Proceeding: Pretrial
Date: 2-7-2006
Court Time: 11:00 a.m. —— *10:16*

## MINUTE SHEET

Terence Kern, U.S. District Judge ✔     C. Smith, Deputy Clerk ✔     Terri Beeler, Reporter ✔

Counsel for Plaintiff: Charles McLoughlin ✔

Counsel for Defendant: Paul Brunton, FPD ✔

Minutes: _____

*Case called for pretrial & does not appear. Court orders that bench warrant issue for arrest.*

_____

Court Time