

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

March 16, 2006

Clerk, United District Court
Northern District Of Oklahoma
333 West Fourth Room 411
Tulsa, Ok 74103

*RECEIVED*

*MAR 2 0 2006*

*Phil Lombardi, Clerk*
*U.S. DISTRICT COURT*

O5-CR-155-TCK

Re:     Transfer to U.S. Magistrate Judge

Case No. 5: 06 mg -89 _____

Case Title: USA V LISA JEANINE FINDLEY _____

Dear Sir/Madam:

Pursuant to Rule 40 of the Federal Rules of Criminal Procedure, enclosed are the following:
- ☒ Certified copy of entire case file.
- ☒ Certified copy of docket sheet
- ☐ Letter re status of property bond
- ☐ Original bond enclosed
    - ☐ Original bond to be forwarded by the Fiscal Section
    - ☐ Certified copy of final commitment
    - ☐ Original Passport
    - ☐ Original Declaration re: Passport
- ☒ Other FINANCIAL AFFIDAVIT (NFPV) _____

Please acknowledge receipt on the copy of this letter and return to this office.

Sincerely,

Clerk, U.S. District Court

By CORTEZ _____
        Deputy Clerk 951) 328-4453

*cc: U.S. Attorney (Central District of California)*
*    U.S. Attorney (Receiving district)*

Receipt of the above-described documents is acknowledged herewith and assigned case number:
_____.

Clerk, U.S. District Court

By _____
_____        Deputy Clerk
Date

RECEIVED

MAR 2 0 2006

Phil Lombardi, Clerk
U.S. DISTRICT COURT

TERMED

U.S. District Court
Central District of California (Eastern Div.)

CRIMINAL DOCKET FOR CASE #: 06-M -89-ALL

USA v. Findley
Dkt# in other court: None

05-CR-155- TCK

Filed: 03/14/06

Case Assigned to:    Duty Magistrate

LISA JEANINE FINDLEY (1)
    defendant
  [term  03/14/06]

Kay Otani
[COR LD NTC pda]
Federal Public Defenders Office
3801 University Ave, Ste 150
Riverside, CA 92501
951-276-6346

Pending Counts:

   NONE

Terminated Counts:

   NONE

Complaints

Defendant in violation of
18:2607 and 2703

Disposition

Court orders defendant held to
answer to the Northern
District of Oklahoma at Tulsa.
(-1)

U. S. Attorneys:

   NONE

I hereby attest and certify on 3/16/06
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.
  K U.S. DISTRICT COURT
   CT OF CALIFORNIA

1122

3/14/06   1        REPORT COMMENCING CRIMINAL ACTION as to Lisa Jeanine
                   Findley  arrested on 3/13/06 Defendant's  date of birth:
                   1971. (vc) [Entry date 03/15/06]

3/14/06   2        AFFIDAVIT RE OUT-OF-DISTRICT WARRANT filed as to Lisa
                   Jeanine Findley , originating in the USDC, Northern
                   District of Oklahoma, at Tulsa.  Defendant charged  in
                   violation of: 18:2607 and 2703.  Signed by agent Leonardo
                   Finaldi Special Agent. (vc) [Entry date 03/15/06]

3/14/06   3        DEFENDANT Lisa Jeanine Findley  arrested on warrant issued
                   from USDC, Northern District of Oklahoma at Tulsa. (vc)
                   [Entry date 03/15/06]

3/14/06   4        MINUTES OF ARREST ON O/D WARRANT held  before Magistrate
                   Judge Oswald Parada as to Lisa Jeanine Findley : Defendant
                   arraigned and states true name as charged.  CFPD attorney
                   Kay Otani appointed.Court orders Lisa Jeanine Findley
                   permanently detained.  Court orders Lisa Jeanine Findley
                   held to answer to USDC, Northern District of Oklahoma at
                   Tulsa. Defendant committed to the custody of the U. S.
                   Marshal.  Tape No.: 06-22 (vc) [Entry date 03/15/06]

3/14/06   5        NOTICE OF REQUEST FOR DETENTION filed by USA  as to Lisa
                   Jeanine Findley. (vc) [Entry date 03/15/06]

3/14/06   6        ORDER OF DETENTION  by Magistrate Judge Oswald Parada as to
                   Lisa Jeanine Findley  (cc: all counsel) (vc)
                   [Entry date 03/15/06]

3/14/06   7        FINANCIAL AFFIDAVIT filed as to Lisa Jeanine Findley (vc)
                   [Entry date 03/15/06]

3/14/06   9        WAIVER OF RULE 40 HEARINGS filed by Lisa Jeanine Findley ,
                   waiving Identity hearing. (vc) [Entry date 03/15/06]

3/15/06   8        FINAL COMMITMENT AND WARRANT OF REMOVAL  by Magistrate
                   Judge Oswald Parada as to Lisa Jeanine Findley , to USDC,
                   Northern District of Oklahoma at Tulsa. (vc)
                   [Entry date 03/15/06]

3/16/06   --       Fwd to the N/D of Oklahoma at Tulsa certified copies of the
                   entire case file and docket pursuant to Rule 40 filed as to
                   Lisa Jeanine Findley (vc) [Entry date 03/16/06]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

PLAINTIFF

v.

Lisa Jeanine Findley

DEFENDANT.

☐ LA ☒ RS ☐ SA ☐ UNDER SEAL
CASE NUMBER: ED06-84m
☐ COMPLAINT
☒ OUT OF DISTRICT AFFIDAVIT
☐ INDICTMENT ☐ INFORMATION
☐ SUMMONS ☐ EXTRADITION
☐ PSA/PO WARRANT
☐ SUPER FAST TRACK (Class B Misdemeanor)
FILED: 3-14-06
VIOLATION: 18: 2607 + 2703

DATE: 3-14-06 TIME: 3:00pm
TAPE NUMBER: 06-22 [710-51474]

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE** Pavada

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

PRESENT: M. Galvez        Rob Stacy        N/A
_Deputy Clerk_        _Assistant U.S. Attorney_        _Interpreter / Language_

☒ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
  ☐ preliminary hearing OR ☒ removal hearing / Rule 20.
☒ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered **SEALED**.
☒ Attorney: Jean Politeo _____ ☐ Retd. ☒ Apptd. ☐ Prev. Apptd. ☒ DFPD ☐ Panel ☐ Poss. Contribution
☒ Ordered (see separate order) ☒ Special appearance by: Kay Otani,
☒ Government's request for detention is: ☒ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
☒ Defendant is ordered: ☒ Permanently Detained ☐ Temporarily Detained (see separate order)
☐ BAIL FIXED AT $ _____ **(SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)**
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
☐ Preliminary Hearing waived.
☐ **SUPER FAST TRACK** ☐ Defendant is advised of maximum penalties.
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of further proceedings.
☐ **PO/PSA WARRANT** ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
☐ Preliminary Hearing set for _____ at 4:30 PM _____
☐ Post-Indictment Arraignment set for: _____ at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa Ana
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☒ Defendant executed Waiver of Rights. ☐ Process received.
☒ Court ORDERS defendant Held to Answer to Northern _____ District of Oklahoma at Tulsa
  ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
  ☒ Warrant of removal and final commitment to issue. ☐ Warrant of removal and final commitment are ordered stayed until _____
☐ Case continued to (Date) _____ (Time) _____ ☐ AM / ☐ PM
  Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
  Proceedings will be held in the ☐ Duty Courtroom _____ ☐ Judge's Courtroom _____
☒ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
  RELEASE ORDER NO: _____
☒ Other: Defendant submits to Detention. Detention ordered w/o Prejudice.

ENTER ON ICMS

MAR 15 2006

    ☐ PSA        ☒ FINANCIAL        ☐ READY

cc: _AUSA, Defendant's counsel_
  ☐ PSALA, ☐ PSASA, ☒ PSAED, ☒ USPO
  **ORIGINAL -WHITE COPY**        PINK- PIA CLERK

Deputy Clerk Initials _____
_____ : _____

YELLOW - STATS        GREEN - CRD

Name & Address

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| USA | CASE NUMBER: |
| PLAINTIFF(S), | 5:EDMG-89 |
| v. | |
| LISA JEANINE FINDLEY | **NOTICE RE: DOCUMENT** |
| DEFENDANT(S). | **WITHHELD FROM CASE FILE** |

On _____3/14/06_____ a document entitled

CJCA23

was filed in this Court.

Because of the nature of said documents, or the exhibits attached thereto, the same has been withheld from the case file and has been placed in a restricted area. (The docket clerk will select the appropriate box)

☑      Not for Public View document (pursuant to Judicial Conference Policy)
☐      Sealed document
☐      Special Handling required document (non-sealed attachments)

If the document is needed for any purpose, it may be obtained by contacting the Exhibit Custodian.

Clerk, U. S. District Court

3/15/06
Date

By CORTEZ
Deputy Clerk

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

v.

_Lisa Jerrine Findley_

Defendant

FILED
CLERK, U.S. DISTRICT COURT

MAR 14 2006

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

CASE NUMBER

ED06-89M

WAIVER OF RIGHTS
(OUT OF DISTRICT CASES)

I understand that charges are pending in the _Northern_ District of _Oklahoma_ alleging violation of _18 U.S.C. 2146_ and that I have been arrested in this district and

(Title and Section / Probation / Supervised Release)

taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:

    (1)    have an identity hearing to determine whether I am the person named in the charges;

    (2)    receive a copy of the charge(s) against me;

*-Check one only-*

[ ]    **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**

    (3)    have a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

    (4)    request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

[X]    **PROBATION OR SUPERVISED RELEASE CASES:**

    (3)    have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

*I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:*

☑  *have an identity hearing*

☑  *receive a copy of the charge(s) against me*

☑  *have a preliminary examination*

☐  *have an identity hearing, and I have been informed that I have no right to a preliminary examination*

☐  *have an identity hearing, but I request that a preliminary examination be held in the prosecuting district*

Defendant _____

Defense Counsel _____

DATE: _3/14/2006_

United States Magistrate Judge

M-14( Rev. 1/03 )        WAIVER OF RIGHTS (OUT OF DISTRICT CASES)

Name & Address

FILED
CLERK U.S. DISTRICT COURT

MAR 1 5 2006

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION        BY DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | ED 06-89M |
| v.<br>LISA JANNINE FINDLEY | FINAL COMMITMENT AND WARRANT OF REMOVAL<br>NORTHERN District of OKLAHOMA |
| | At TULSA |
| DEFENDANT(S). | *(City)* |

**To: United States Marshal for the Central District of California**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after:
- ☐ filing of a complaint before a U.S. Magistrate Judge
- ☒ an indictment by a Grand Jury
- ☒ a bench warrant issued by a U.S. District Judge/Magistrate Judge/Clerk from the District of Origin charging that on or about FEBRUARY, in the District of Origin, the defendant did: VIOLATION OF SUPERVISED RELEASE;
  in violation of Title(s) 18, U.S.C., Section(s) 3142 AND 3146

MAR 1 5 2006

The defendant has now:
- ☒ duly waived identity hearing before me on 3/14/06 .
- ☒ duly waived preliminary examination before me on 3/14/06 .
- ☐ had a hearing before me on _____, and it appears that there is probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
- ☐ had a hearing before me on _____, and it appears that the defendant is the person named as charged, and:
  - ☐ Bail has been set at $_____ but has not been posted.
  - ☐ No bail has been set.
  - ☒ Permanent detention has been ordered.
  - ☐ Temporary detention has been ordered.

3/15/06
Date

United States Magistrate Judge

=======================================================================
**RETURN**

Received this commitment and designated prisoner on _____, and on _____, committed him to _____ and left with the custodian at the same time a certified copy of the within temporary commitment.

United States Marshal, Central District of California

_____
Date

_____
Deputy

M-15 (08/99)                 **FINAL COMMITMENT AND WARRANT OF REMOVAL**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )      Case No. ED06-89-M
                     Plaintiff,     )
                                    )      ORDER OF DETENTION
          vs.                       )
Lisa Jeanine Findley                )
                     Defendant.     )
                                    )

On motion by the Government for pre-trial detention, the Court finds that no condition or combination of conditions will reasonably assure the appearance of defendant as required ~~or the safety of any person or the community.~~

The Court has considered the nature and circumstances of the offenses; the weight of evidence against the defendant; the history and characteristics of the defendant; and the nature and seriousness of the danger to any person or the community.

The Court bases the foregoing findings on the defendant's stipulation to pre-trial detention and the Pretrial Services

/
/
/



ENTER ON IChS

MAR 1 5 2006

1 Report/recommendation. ~~The defendant also has not rebutted by~~

2 ~~sufficient evidence to the contrary the presumption provided by~~

3 ~~statute.~~

4       IT IS THEREFORE ORDERED that defendant be detained *without prejudice* prior to

5 trial. IT IS FURTHER ORDERED that defendant be committed to the

6 custody of the Attorney General for confinement in a corrections

7 facility separate, to the extent practicable, from persons

8 awaiting or serving sentences or being held in custody pending

9 appeal; that defendant be affored reasonable opportunity for

10 private consultation with counsel; and that, on order of a Court

11 of the United States or on request of any attorney for the

12 Government, the person in charge of the corrections facility in

13 which defendant is confined deliver defendant to a United States

14 Marshal for the purpose of any appearance in connection with a

15 court proceeding. This order is made without prejudice to

16 reconsideration.

17 DATED: 3/14/06

18

19

20

21 HON. **OSWALD PARADA**
    UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

2

1  DEBRA WONG YANG
   United States Attorney
2  JOHN C. RAYBURN, JR.
   Assistant United States Attorney
3  Chief, Riverside Branch Office
   ROBERT C. STACY II
4  Assistant United States Attorney
   Cal. State Bar #224028
5       3880 Lemon Street, Ste. 210
        Riverside, California 92501
6       Telephone:  (951) 276-6221
        Facsimile:  (951) 276-6202/6237
7       robert.stacy@usdoj.gov

8  Attorneys for Plaintiff
   United States of America
9

            UNITED STATES DISTRICT COURT
10
         FOR THE CENTRAL DISTRICT OF CALIFORNIA
11
   UNITED STATES OF AMERICA,    )   Case No.  ED 06-89M
12                              )
                Plaintiff,      )
13                              )   GOVERNMENT'S NOTICE OF
        v.                      )   REQUEST FOR DETENTION
14                              )
   LISA JEANINE FINDLEY,        )
15                              )
                                )
16              Defendant.      )
                                )
17  _____)

18
        Plaintiff, United States of America, by and through its
19
   counsel of record, hereby requests detention of defendant and
20
   gives notice of the following material factors:
21
        ____  1.  Temporary 10-day Detention Requested (§ 3142(d))
22
                  on the following grounds:
23
               ____  a.  offense committed while defendant was on
24
                         release pending (felony trial), (sentencing)
25
                         (appeal) or on (probation) (parole);
26
               ____  b.  alien not lawfully admitted for permanent
27
                         residence;
28

___  c.  flight risk;

        ___  d.  danger to community.

   2.  Pretrial Detention Requested (§ 3142(e)) because
       no condition or combination of conditions will
       reasonably assure against:

        ___  a.  Danger to any other person or the community;

        ___  b.  Flight.

   3.  Detention Requested Pending Supervised
       Release/Probation Revocation Hearing (Rules
       32.1, 46, § 3143) because defendant cannot
       establish a condition or combination of
       conditions that will reasonably assure against:

        ___  a.  Danger to any other person or the community;

        ___  b.  Flight.

   4.  Presumptions Applicable to Pretrial Detention
       (18 U.S.C. § 3142(e)):

        ___  a.  Title 21 offense with 10-year or greater
                 maximum penalty (presumption of danger to
                 community and flight risk);

        ___  b.  firearm used or carried during offense (18
                 U.S.C. § 924(c)) (presumption of danger to
                 community and flight risk);

        ___  c.  offense under Maritime Drug Law Enforcement
                 Act (46 U.S.C. App. 1901 et seq.)
                 (presumption of danger to community and
                 flight risk);

        ___  d.  defendant currently charged with (I) crime of

2

```
 1                          violence, (II) offense with maximum sentence
 2                          of life imprisonment or death,(III) Title 21
 3                          offense with ten year or greater maximum
 4                          sentence, or (IV) state or local offense that
 5                          would qualify under I, II, or III if federal
 6                          jurisdiction were present, and defendant was
 7                          previously convicted of a crime listed in I,
 8                          II, or III committed while on release pending
 9                          trial, and the current offense was committed
10                          within five years of conviction or release
11                          from prison on the above-described previous
12                          conviction (presumption of danger to
13                          community).
14    ____  5.    Government is Entitled to Detention Hearing
15                Under § 3142(f) Based on the Following:
16          ____  a.  crime of violence (defined in 18 U.S.C. §
17                    3156);
18          ____  b.  maximum sentence is life imprisonment or
19                    death;
20          ____  c.  Title 21 offense with maximum sentence of ten
21                    years or more;
22          ____  d.  instant offense is felony and defendant has
23                    two or more convictions for a crime set forth
24                    in a-c above or for an offense under state or
25                    local law that would qualify under a, b, or c
26                    if federal jurisdiction were present;
27          ✓  e.  serious risk of flight;
28
```

3

```
 1              _____  f.  serious risk of (obstructing justice or
 2                         attempting to obstruct justice)(threatening,
 3                         injuring, or intimidating witness or juror,
 4                         or attempting to do so).
 5       _____    6.  Government requests continuance of _____ days
 6                    for detention hearing based upon the following
 7                    reason: _____
 8                            _____
 9                            _____
10       _____    7.  Good cause for continuance in excess of three
11                    days exists in that:
12                            _____
13                            _____
14                            _____
15  DATED: March  14 , 2006.        Respectfully submitted,
16                                  DEBRA WONG YANG
                                    United States Attorney
17
18
19                                  _____
                                    ROBERT C. STACY II
20                                  Assistant United States Attorney

21                                  Attorneys for Plaintiff
                                    United States of America
22
23
24
25
26
27
28
```

4

Attn: Danny Floyd          358-3454
                                    FILED

✎ PS 10
(3/88)

# UNITED STATES DISTRICT COURT JAN 10: 33

for

Northern District Of Oklahoma

U.S.A. vs.    Lisa Jeanine Findley,              D  06 - 00089  M
                                         Docket No.  1085 4:05CR00089-01

TO:¹ Any United States Marshal or any other authorized officer.

---

## WARRANT FOR ARREST OF DEFENDANT

You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the court.

| NAME OF DEFENDANT | | SEX | RACE | AGE |
|---|---|---|---|---|
| Findley , Lisa Jeanine | | Female | Indian/Esk ( Non-hispanic origin ) | 34 |

ADDRESS (STREET, CITY, STATE)
Rte 4 Box 4353, Cleveland, OK  74020

TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)
U.S. District Court, Northern District Of Oklahoma, Tulsa, OK

I hereby attest and certify on 3|16|06 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Phil Lombardi  **SEAL** | S. Morford  DEPUTY CLERK | February 1, 2006   1122 |

---

## RETURN

| Warrant received and executed. | DATE RECEIVED | DATE EXECUTED 3-13-06 |
|---|---|---|

EXECUTING AGENCY (NAME AND ADDRESS)
James  Teuschl-  US  Secret  Service
4371  Latham St #203,  Riverside, CA  92501  ENTER ON ICMS

| NAME James  Teuschl | (BY) | DATE 3-13-06  MAR 1 5 2006 |
|---|---|---|

¹Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer," or "United States Marshal for _____ District of _____ ;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

3

Attn. Danny Floyd          358-3454
FILED

🖎 PS 10
(8/88)

# UNITED STATES DISTRICT COURT JAN 10: 33

for

Northern District Of Oklahoma

ED 06 - 00089 M

U.S.A. vs.     Lisa Jeanine Findley,                Docket No. 1085 4:05CR00-089

---

## WARRANT FOR ARREST OF DEFENDANT

You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the court.

| NAME OF DEFENDANT | | SEX | RACE | AGE |
|---|---|---|---|---|
| Findley , Lisa Jeanine | | Female | Indian/Esk ( Non-hispanic origin ) | 34 |
| ADDRESS (STREET, CITY, STATE) Rte 4 Box 4353, Cleveland, OK  74020 | | | | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE) U.S. District Court, Northern District Of Oklahoma, Tulsa, OK | | | | |

| CLERK Phil Lombardi | SEAL | (BY) DEPUTY CLERK S. Morgan | DATE February 1, 2006 |
|---|---|---|---|

---

## RETURN

| Warrant received and executed. | DATE RECEIVED | DATE EXECUTED 3-13-06 |
|---|---|---|
| EXECUTING AGENCY (NAME AND ADDRESS) James Teuschl - US Secret Service 4371 Latham St #203, Riverside, CA  92501 | | |
| NAME James Teuschl | (BY) | DATE 3-13-06 |

¹Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer," or "United States Marshal for _____ District of _____ ;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

Attn: Danny Floyd    358-3454
FILED

PS 10
(8/88)

# UNITED STATES DISTRICT COURT

for

Northern District Of Oklahoma

FILED 06 - 00089 M

U.S.A. vs.     Lisa Jeanine Findley,

Docket No.    1085 4:05CR

## TO:¹ Any United States Marshal or any other authorized officer.

| WARRANT FOR ARREST OF DEFENDANT |
|---|

You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the court.

| NAME OF DEFENDANT | | SEX | RACE | | AGE |
|---|---|---|---|---|---|
| Findley , Lisa Jeanine | | Female | Indian/Esk ( Non-hispanic origin ) | | 34 |

| ADDRESS (STREET, CITY, STATE) |
|---|
| Rte 4 Box 4353, Cleveland, OK  74020 |

| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE) |
|---|
| U.S. District Court, Northern District Of Oklahoma, Tulsa, OK |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Phil Lombardi  **SEAL** | S.J. MacDent | February 1, 2006 |

| RETURN | | |
|---|---|---|
| Warrant received and executed. | DATE RECEIVED | DATE EXECUTED  3-13-06 |
| EXECUTING AGENCY (NAME AND ADDRESS)  James Teuschl- US Secret Service  4371 Latham St #203, Riverside, CA  92501 | | |
| NAME  James Teuschl | (BY) | DATE  3-13-06 |

¹Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer," or "United States Marshal for _____ District of _____;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

F I L E D

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

NOV 0 9 2005

Phil Lombardi, Clerk
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LISA JEANINE FINDLEY a/k/a | ) |
| LISA JEANINE SULLINS, | ) |
| | ) |
| Defendant. | ) |

05CR155TCK

06-89m

INDICTMENT
[18 U.S.C. § 1014: False Statement to
Obtain a Bank Loan: 18 U.S.C. §
1344(1): Bank Fraud]

THE GRAND JURY CHARGES:

## COUNT ONE
[18 U.S.C. § 1014]

On or about May 29, 2002, in the Northern District of Oklahoma, LISA JEANINE FINDLEY a/k/a Lisa Jeanine Sullins, defendant herein, knowingly did make a materially false statement in an application for a residential property loan for $25,336.32, submitted by LISA JEANINE FINDLEY on said date to Arvest Bank, Tulsa, Oklahoma, the accounts of which were then insured by the Federal Deposit Insurance Corporation, for the purpose of influencing the action of said bank to approve said loan, in that LISA JEANINE FINDLEY utilized the social security number of xxx-xx-0124, whereas in truth and in fact, as LISA JEANINE FINDLEY then and there well knew, that was not her correct social security number, in violation of Title 18, United States Code, Section 1014.

U.S. District Court )
Northern District of Oklahoma ) SS
I hereby certify that the foregoing
is a true copy of the original on file
in this court.

Phil Lombardi, Clerk
_____
Deputy

## COUNT TWO

### [18 U.S.C. § 1014]

On or about May 30, 2002 in the Northern District of Oklahoma, LISA JEANINE FINDLEY a/k/a Lisa Jeanine Sullins, defendant herein, knowingly did make a material false statement in an application for a residential real estate loan for $33,463.65, submitted by LISA JEANINE FINDLEY on said date to Arvest Bank, Tulsa, Oklahoma, the accounts of which were then insured by the Federal Deposit Insurance Corporation, for the purpose of influencing the action of said bank to approve said loan, in that LISA JEANINE FINDLEY utilized social security number xxx-xx-0 24, whereas in truth and in fact, as LISA JEANINE FINDLEY then and there well knew, that was not her correct social security number, in violation of Title 18, United States Code Section 1014.

2

# COUNT THREE

## [18 U.S.C. § 1014]

On or about October 27, 2004, in the Northern District of Oklahoma, LISA JEANINE FINDLEY a/k/a Lisa Jeanine Sullins, defendant herein, knowingly did make a materially false statement in an application for a loan for $121,734.21, submitted by LISA JEANINE FINDLEY on said date to Arkansas Valley Bank, 9800 East 51st Street, Tulsa, Oklahoma, the accounts of which were then insured by the Federal Deposit Insurance Corporation, for the purpose of influencing the action of said bank to approve said loan, in that LISA JEANINE FINDLEY utilized the social security number xxx-xx-0114, whereas in truth and in fact, as LISA JEANINE FINDLEY then and there well knew, that was not her correct social security number, in violation of Title 18, United States Code, Section 1014.

5

## COUNT FOUR

### [18 U.S.C. § 1344(1)]

From on or about May 15, 2003, to on or about May 19, 2003, in the Northern District of Oklahoma, LISA JEANINE FINDLEY a/k/a Lisa Jeanine Sullins, defendant herein, did knowingly execute, and did attempt to execute, a scheme and artifice to defraud Arvest Bank ("Arvest"), Tulsa, Oklahoma, a federally insured financial institution as defined in Title 18, United States Code, Section 20, by depositing into her account at Arvest four counterfeit bank checks drawn on the account of Maplewood Care Center, 15 Norcross Street, Suite 50-B, Roswell, Georgia at the Bank of North Georgia. The checks are more specifically described as follows:

| Date of Deposit | Date of Check | Check Number | Payee | Amount of Check |
|---------|----------|--------|------------------------|------------|
| 05/15/03 | 04/30/03 | 210493 | ON-Call Family Medical | $1,746.35 |
| 05/15/03 | 05/05/03 | 210494 | ON-Call Family Medical | 856.72 |
| 05/15/03 | 05/12/03 | 210495 | ON-Call Family Medical | 930.50 |
| 05/15/03 | 05/15/03 | 210496 | ON-Call Family Medical | 1,875.22 |
| | | | TOTAL DEPOSIT | 5,458.79 |

Defendant LISA JEANINE FINDLEY knew the checks were counterfeit and would not be paid by the financial institution upon which they were drawn. She deposited them into her Arvest account to fraudulently create false credit balances in her account at Arvest, and she wrote checks drawn upon or withdrew cash from that account at Arvest, based upon the falsely inflated credit balances, before Arvest learned that the four deposited checks would not be paid by the financial institution upon which they were drawn. All in violation of Title 18, United States Code, Section 1344(1).

4

## COUNT FIVE

### [18 U.S.C. § 1344(1)]

From on or about June 6, 2003, to on or about June 30, 2003, in the Northern District of Oklahoma, LISA JEANINE FINDLEY a/k/a Lisa Jeanine Sullins, defendant herein, did knowingly execute, and did attempt to execute, a scheme and artifice to defraud Arvest Bank ("Arvest"), Tulsa, Oklahoma, a federally insured financial institution as defined in Title 18, United States Code, Section 20, by depositing into her account at Arvest four counterfeit bank checks drawn on the account of Maplewood Care Center, 16 Norcross Street, Suite 50-B, Roswell, Georgia at the Bank of North Georgia. The checks are more specifically described as follows:

| Date of Deposit | Date of Check | Check Number | Payee | Amount of Check |
|---|---|---|---|---|
| 06/06/03 | 05/28/03 | 210499 | OCFM | 862.13 |
| 06/06/03 | 05/28/03 | 210500 | OCFM | 678.32 |
| 06/06/03 | 05/28/03 | 210501 | OCFM | 431.69 |
| 06/06/03 | 06/02/03 | 210504 | OCFM | 949.38 |
| | | | TOTAL DEPOSIT | 2,921.52 |

Defendant LISA JEANINE FINDLEY knew the checks were counterfeit and would not be paid by the financial institution upon which they were drawn. She deposited them into her Arvest account to fraudulently create false credit balances in her account at Arvest, and she wrote checks drawn upon or withdrew cash from that account at Arvest, based upon the falsely inflated credit balances, before Arvest learned that the four deposited checks would not be paid by the financial institution upon which they were drawn. All in violation of Title 18, United States Code, Section 1344(1).

5

A TRUE BILL

DAVID E. O'MEILIA
United States Attorney

Charles M. McLoughlin
Assistant United States Attorney

s/Grand Jury Foreman
Foreman

6

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

United States of America,                    )
                 Plaintiff(s)    )
                             )
           **v.**                         )    Case No. 05-cr-155-TCK
                             )    Proceeding: Pretrial
Lisa Jeanine Findley,                        )    Date: 2-7-2006
               Defendant(s).    )    Court Time: 11:00 a.m. —— 10:16

### MINUTE SHEET

Terence Kern, U.S. District Judge ✔        C. Smith, Deputy Clerk ✔        Terri Beeler, Reporter ✔

Counsel for Plaintiff: Charles McLoughlin ✔

Counsel for Defendant: Paul Brunton, FPD ✔

Minutes: _____

*Case called for pretrial & does not appear. Court orders that bench warrant issue for arrest.*

Court Time

CR-01 (12/04)

*jean teo*
*polite*

FILED

2006 MAR 14 AM 10: 33

CLERK U.S. DIST.
CENTRAL DIST. OF CALIF.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER  **ED 06 - 00089 M**

PLAINTIFF(S)

v.

Lisa Jeanine Findley          DEFENDANT(S).

**AFFIDAVIT RE
OUT-OF-DISTRICT WARRANT**

The above-named defendant was charged by: The U.S. District Court
in the ___Northern___ District of ___Oklahoma___ on _____
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title ___18___ U.S.C., Section(s) ___2607 and 2703___
to wit: _____

A warrant for defendant's arrest was issued by: ___Clerk of the Court___

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on ____3-14-06____, by _____

_____, Deputy Clerk.

MAR 15 2006

_____          Leonardo Rinaldi
Signature of Agent                Print Name of Agent

U.S. Secret Service               Special Agent
Agency                            Title

CR-52 (05/98)          **AFFIDAVIT RE OUT-OF-DISTRICT WARRANT**

FILED

2006 MAR 14 AM 10: 31

CLERK US
CENTRAL DIST OF CALIF
RIVERSIDE

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| PLAINTIFF | **CASE NUMBER**<br>ED 06 - 00089 M |
| v. | |
| Lisa Jeanine Findley　DEFENDANT(S). | **REPORT COMMENCING CRIMINAL ACTION** |

TO:　CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest  3/13/06  -  5·15 _____ ☐ a.m. / ☒ p.m.

2. Charges under which defendant has been booked at Metropolitan Detention Center (MDC)
   18 USC 2607 (Fraud) and 2703 (Embezzlement)

3. Offense charged is a: ☒ Felony　☐ Minor Offense　☐ Petty Offense　☐ Other Misdemeanor

4. U.S. Citizen: ☒ Yes　☐ No　☐ Unknown

5. Date of Birth: ~~██████~~ 71

6. The defendant is: ☒ Presently in custody on this charge.
   ☐ At liberty on bond posted before a Magistrate Judge.
   ☐ At liberty and warrant is requested.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.

   ENTER ON JS
   MAR 15 2006

7. Place of detention (if out-of-district): _____

8. Date detainer placed on defendant: _____

9. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____ )

10. Name of Pretrial Services Officer: _____

11. Remarks (if any): _____

12. Date: 3/14/06

13. Signature: _____

14. Name: Leonardo Finaldi

15. Title: Special Agent - USSS