CRIMINAL INFORMATION SHEET    USPO __JMC__    TAPE # _____

Date: __3-31-06__    Judge: ☐ MJ Joyner    Deputy: ☒ Linda Collins
                            ☒ MJ McCarthy           ☐ Joan Mayes
                            ☐ MJ Cleary             ☐ Howard Overton

Case No. __05-CR-155-TCK__ USA v. __Findley, Lisa Jeanine__
Defendant's Age __34__    Date of Birth __1971__    Sex __F__

Defendant's Address: _____  City/State: __Custody__
Zip Code: _____ Phone #: _____
Date of Arrest: _____ Arrested By: _____
☒ Detention Requested by AUSA
Bail Recommendation: $_____ (Cash/Surety) (10%) (Unsecured)
Bail Fixed at: $_____ (Cash/Surety) (10%) (Unsecured)
Bail Made: ☐ yes ☐ no

**Additional Conditions of Release:**
6. ☐ Defendant placed in custody of: _____

7. ☐ a    ☐ g    ☐ m    ☐ s
   ☐ b    ☐ h    ☐ n
   ☐ c    ☐ i    ☐ o
   ☐ d    ☐ j    ☐ p
   ☐ e    ☐ k    ☐ q
   ☐ f    ☐ l    ☐ r

Defendant Requests Public Defender: ☒ yes ☐ no
Defendant's Attorney: __Rob Ridenour for Paul Brunton__ (Ct.Appt) (Ret.)
Address: _____  City/State/Zip: _____  Phone: _____
AUSA: __Charles McLoughlin__

**MINUTES:**
☒ Defendant appears for IA on: ___ w/ret counsel __X__ ct appt ___ w/out counsel
   ___ Indictment ___ Information ___ Complaint __X__ Petition ___ Rule 5
☐ Financial Affidavit received; FPD appointed: ☐ present ☐ not present
☐ Defendant's name corrected by interlineation: _____
☒ Waivers executed and filed in open court:
    ☐ of Indictment; ☒ of Preliminary Exam; ☒ of Detention Hearing; ☐ of Rule 5 Hearings
☐ Bond set @ _____; bond and conditions of release executed and filed in open court
☐ Gov't's Motion for detention filed in open court
☐ Arraignment held, defendant pleads Not Guilty, court accepts plea
☐ Scheduling dates to be mailed to counsel
☐ Detention Hearing Scheduled: _____ @ _____
☐ Preliminary Exam Scheduled: _____ @ _____
☐ Arraignment Scheduled: _____ @ _____
☐ Initial Appearance continued to _____ @ _____
☒ Defendant remanded to custody of U.S. Marshal:
    ☒ pending further proceeding; or ☐ pending satisfaction of conditions of bond
ADDT'L MINUTES: __Defendant waives without making admissions.__