# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| Plaintiff. | ) | |
| | ) | |
| vs. | ) | Case No. 05-CR-155-TCK |
| | ) | |
| **LISA JEANINE FINDLEY,** | ) | |
| Defendant. | ) | |

## ORDER

This matter comes on for consideration of the defendant's unopposed motion for a continuance of the pretrial conference and jury trial (Docket No. 23). The Court finds that the motion should be and is hereby granted. The pretrial conference set for May 2, 2006, and the jury trial set for May 15, 2006, are hereby stricken. Pretrial is reset for June 5, 2006, at 10:00 a.m. and jury trial is reset for June 19, 2006, at 9:30 a.m. Voir dire, jury instructions, and trial briefs are due by June 13, 2006. Defendant shall file a Waiver of Speedy Trial by May 5, 2006.

For the reasons set out in the motion, namely that this case should be heard at the same time as the other case pending before the Court, 06-CR-71-TCK, the Court finds the ends of justice served by continuance outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, the time between May 15, 2006, and June 19, 2006, is excludable pursuant to 18 U.S.C. §3161(h)(8)(A), (B)(iv).

IT IS SO ORDERED this 27th day of April, 2006.

_____
Terence Kern
United States District Judge