## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| Plaintiff. | ) | |
| | ) | |
| vs. | ) | Case No. 05-CR-155-TCK |
| | ) | |
| **LISA JEANINE FINDLEY,** | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the Defendant's unopposed motion for a continuance of the sentencing hearing (Docket No. 31), the Court finds the motion to be well-taken and grants it.

It is hereby ordered that the sentencing hearing is continued from the 12th day of October, 2006, to 1:30 p.m. on the 30th day of October, 2006.

IT IS SO ORDERED this 4th day of October, 2006.

_____
TERENCE C KERN
United States District Judge