**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 05-CR-155-TCK |
|  | ) | No. 06-CR-071-TCK |
| LISA FINDLEY, | ) | |
| Defendant. | ) | |

## EXHIBIT LIST

COMES NOW the Plaintiff, the United States of America, by and through Assistant United States Attorney, Charles M. McLoughlin, and provides to the Court the following list of exhibits:

| EXHIBIT NUMBER | DESCRIPTION |
|---|---|
| Exhibit No.1 | Pre-Loan Appraisal on property located: RR4, Box 4353, Cleveland, OK |
| Exhibit No. 2 | Photograph of Property located: RR4, Box 4353, Cleveland, OK |
| Exhibit No. 3 | Photograph of Property located: RR4, Box 4353, Cleveland, OK |

| | |
|---|---|
| Exhibit No. 4 | Photograph of Property located: RR4, Box 4353, Cleveland, OK |
| Exhibit No. 5 | Photograph of Property located: RR4, Box 4353, Cleveland, OK |
| Exhibit No. 6 | Photograph of Property located: RR4, Box 4353, Cleveland, OK |
| Exhibit No. 7 | Photograph of Property located: RR4, Box 4353, Cleveland, OK |
| Exhibit No. 8 | Photograph of Property located: RR4, Box 4353, Cleveland, OK |
| Exhibit No. 9 | Photograph of Property located: RR4, Box 4353, Cleveland, OK |
| Exhibit No. 10 | Photograph of Property located: RR4, Box 4353, Cleveland, OK |

Respectfully submitted,

DAVID E. O'MEILIA
UNITED STATES ATTORNEY


 /s/ *Charles M. McLoughlin*
CHARLES M. McLOUGHLIN, OBA # 6052
Assistant United States Attorney
Northern District of Oklahoma
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2006, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Julia O'Connell
Federal Public Defender


s/ *Charles M. McLoughlin*
Charles M. McLoughlin, OBA # 6052
Assistant United States Attorney