# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 05-CR-155-001-TCK |
| LISA JEANINE FINDLEY, | ) ) ) |
| Defendant. | ) ) |

## ENTRY OF APPEARANCE FOR PLAINTIFF

Pursuant to Local Rule 83.4, Phil Pinnell, Assistant United States Attorney, appears on behalf of the plaintiff, United States of America.

Respectfully submitted,

DAVID E. O'MEILIA
United States Attorney

s/phil pinnell
PHIL PINNELL, OBA #7169
Assistant United States Attorney
110 W. 7th Street, Ste. 300
Tulsa, Oklahoma 74119
(918) 382-2700
fax (918) 560-7948
phil.pinnell@usdoj.gov

## CERTIFICATE OF SERVICE

X__  This is to certify that on the 29th day of November 2007, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

julia_o'connell@fd.org


____  I hereby certify that on ____ day of November 2007, I served the foregoing document by mail, proper postage paid on the following, who are not registered participants of the ECF System:


                                              s/traci owens
                                              TRACI OWENS
                                              Financial Litigation Agent