### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No. | 05-CR-155-TCK |
| | ) | | 06-CR-071-TCK |
| LISA J. FINDLEY aka | ) | | |
| Lisa J. Holden aka | ) | | |
| Lisa Sullins, | ) | | |
| | ) | | |
| Defendant. | ) | | |

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

COMES NOW Charles M. McLoughlin, Assistant United States Attorney for the

Northern District of Oklahoma, and represents to this Honorable Court that there is now

pending in this Court a certain cause of action wherein the United States of America is

plaintiff and in which LISA J. FINDLEY, aka Lisa J. Holden, aka Lisa Sullins, is defendant,

and that the same is set for initial appearance at Tulsa, Oklahoma.

Plaintiff further states that it is necessary to have LISA J. FINDLEY, aka Lisa J.

Holden, aka Lisa Sullins, present at Tulsa, Oklahoma, for initial appearance forthwith, in

order to dispose of said cause.

That said LISA J. FINDLEY, aka Lisa J. Holden, aka Lisa Sullins, at this time is a

prisoner in the Mabel Basset Assessment and Reception Center, McCloud, Oklahoma, and

will not have been released on the date that said initial appearance is scheduled, and that said

LISA J. FINDLEY, aka Lisa J. Holden, aka Lisa Sullins, is in the charge, custody, and under

the control of the Warden of Mabel Bassett Assessment and Reception Center, McCloud, Oklahoma.

WHEREFORE, plaintiff prays that a Writ of Habeas Corpus Ad Prosequendum be issued by this Honorable Court to the Warden of said institution, and that he be directed and required to deliver the body of said LISA J. FINDLEY, aka Lisa J. Holden, aka Lisa Sullins, to the United States Marshal for the Northern District of Oklahoma, and that said Marshal shall produce and bring the body of said LISA J. FINDLEY, aka Lisa J. Holden, aka Lisa Sullins, before this Court in Tulsa, Oklahoma, forthwith, and that upon disposition of said cause, the Marshal shall return the body of said LISA J. FINDLEY, aka Lisa J. Holden, aka Lisa Sullins, to the aforesaid Mabel Bassett Assessment and Reception Center, McCloud, Oklahoma.

Respectfully submitted,

/s/ Charles M. McLoughlin
CHARLES M. McLOUGHLIN, OBA #6052
Assistant United States Attorney

STATE OF OKLAHOMA )
                              ) ss.
COUNTY OF TULSA      )

Charles M. McLoughlin, Assistant United States Attorney for the Northern District of Oklahoma, being first duly sworn, and having read the above and foregoing Petition for Writ of Habeas Corpus Ad Prosequendum, states that the facts contained therein are true and correct to the best of my knowledge and belief.


      /s/ Charles M. McLoughlin
      Assistant United States Attorney


Subscribed and sworn to before me this 19th day of April, 2010.


      /s/ Bobbie J. Kelley
      Notary Public

My commission expires:

1/11/2011 #07000410