# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No. | 05-CR-155-TCK |
| | ) | | 06-CR-071-TCK |
| LISA J. FINDLEY aka | ) | | |
| Lisa J. Holden aka | ) | | |
| Lisa Sullins, | ) | | |
| | ) | | |
| Defendant. | ) | | |

## ORDER GRANTING WRIT OF HABEAS
## CORPUS AD PROSEQUENDUM

Upon consideration of the Petition of Charles M. McLoughlin, Assistant United States Attorney, for a Writ of Habeas Corpus Ad Prosequendum filed herein, whereby it appears that LISA J. FINDLEY, aka Lisa J. Holden, aka Lisa Sullins, DOC #616411, is defendant in a certain cause in this Court, which is assigned for initial appearance, and his presence is required forthwith to dispose of said cause. It further appearing that LISA J. FINDLEY, aka Lisa J. Holden, aka Lisa Sullins, DOC #616411, is a prisoner and confined in the Mabel Basset Assessment and Reception Center, McCloud, Oklahoma, and is under the control and in the charge and custody of the Warden of said institution, and it appearing that a Writ of Habeas Corpus Ad Prosequendum ought to issue,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of and under the seal of this Court, directed to the Warden of the Mabel Bassett Assessment and Reception Center, McCloud, Oklahoma, commanding him to deliver the

body of LISA J. FINDLEY, aka Lisa J. Holden, aka Lisa Sullins, to the United States Marshal for the Northern District of Oklahoma, upon said Marshal's delivery to said Warden of said writ, and that the United States Marshal shall produce the body of LISA J. FINDLEY, aka Lisa J. Holden, aka Lisa Sullins, to the United States District Court forthwith in a certain cause wherein the United States of America is plaintiff and LISA J. FINDLEY, aka Lisa J. Holden, aka Lisa Sullins, is defendant, and that upon the termination of said cause, the United States Marshal shall return the body of said LISA J. FINDLEY, aka Lisa J. Holden, aka Lisa Sullins, to the aforesaid Warden.

Dated this 20th day of April, 2010.

TERENCE C. KERN
UNITED STATES DISTRICT JUDGE

Submitted by:

Charles M. McLoughlin, OBA #6052
Assistant United States Attorney
United States Attorney's Office
110 W. 7th St., Suite 300
Tulsa, Oklahoma 74119-1013
(918) 382-2700

2