IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 05-CR-155-TCK |
|  | ) | 06-CR-071-TCK |
| LISA J. FINDLEY aka | ) | |
| Lisa J. Holden aka | ) | |
| Lisa Sullins, | ) | |
| Defendant. | ) | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE:

UNITED STATES MARSHAL, TULSA, OKLAHOMA, and
WARDEN, MABEL BASSETT ASSESSMENT & RECEPTION CENTER, McCLOUD, OK

GREETINGS:

You are hereby commanded to deliver the body of LISA J. FINDLEY, aka Lisa J. Holden, aka Lisa Sullins, DOC #616411, by you imprisoned and now held in your custody and under your control, to the United States Marshal for the Northern District of Oklahoma, which said Marshal shall bring the body of LISA J. FINDLEY, aka Lisa J. Holden, aka Lisa Sullins, DOC #616411, to the United States District Court for the Northern District of Oklahoma, forthwith, in a certain cause wherein the United States of America is plaintiff and LISA J. FINDLEY, aka Lisa J. Holden, aka Lisa Sullins, DOC #616411, is defendant, and upon termination of said cause, the United States Marshal

shall return LISA J. FINDLEY, aka Lisa J. Holden, aka Lisa Sullins, DOC #616411, to the aforesaid Mabel Bassett Assessment and Reception Center, McCloud, Oklahoma, and that thereupon, the Marshal shall then and there make return of his actions and doings on said Writ as provided by law.

Dated this 21 day of April, 2010.

PHIL LOMBARDI, Clerk
United States District Court
Northern District of Oklahoma

By: _____
Deputy