# CRIMINAL INFORMATION SHEET

USPO _____Ogle_____

Date: 5-17-10

Judge: ☐ MJ Wilson ☑ MJ McCarthy ☐ MJ Cleary

Deputy: ☐ Camie Portilloz ☑ Joan Mayes ☐ Karen Perkins

Interpreter: _____

Case No. 06-CR-155-TCK / 06-CR-71-TCK USA v. Lisa Jeanne Findley

Defendant's Age 39  Sex F  City/State: _____

Date of Arrest: _____ Arrested By: _____ Writ

☑ Detention Requested by AUSA
Bail Recommendation: $_____ (Cash/Surety) (10%) (Unsecured)
Bail Fixed at: $_____ (Cash/Surety) (10%) (Unsecured)
Bail Made: ☐ yes ☐ no

**Additional Conditions of Release:**

6. ☐ Defendant placed in custody of: _____
7. ☐ a   ☐ g   ☐ m   ☐ s
   ☐ b   ☐ h   ☐ n
   ☐ c   ☐ i   ☐ o
   ☐ d   ☐ j   ☐ p(1,2,3,4,5,6)
   ☐ e   ☐ k   ☐ q(1,2,3,4,5,6,7,8)
   ☐ f   ☐ l   ☐ r(1,2,3,4,5,6)

Defendant Requests Public Defender: ☐ yes ☐ no
Defendant's Attorney: O'Connell (FPD) (Ct.Appt) (Ret.)
Address: _____ City/State/Zip: _____ Phone: _____
AUSA: McLoughlin

**MINUTES:**

☑ Defendant appears for IA on: ___ w/ret counsel  ☑ FPD  ___ ct appt  ___ w/out counsel
☑ Indictment  ___ Information  ___ Complaint  ☑ Petition  ___ Rule 5
☑ Financial Affidavit received; FPD appointed: ☑ present ☐ not present
☐ Defendant's name corrected by interlineation: _____
☐ Waivers executed and filed in open court:
   ☐ of Indictment; ☐ of Preliminary Exam; ☐ of Detention Hearing; ☐ of Rule 5 Hearings
☐ Bond set @ _____; bond and conditions of release executed and filed in open court
☐ Gov'ts Motion for detention and detention hearing filed in open court
☐ Arraignment held, defendant pleads Not Guilty, court accepts plea
☐ Scheduling dates to be mailed to counsel
☐ Detention Hearing Scheduled: _____ @ _____
☐ Preliminary Exam Scheduled: _____ @ _____
☐ Arraignment Scheduled: _____ @ _____
☐ Initial Appearance continued to _____ @ _____
☑ Defendant remanded to custody of U.S. Marshal:
   ☑ pending further proceeding; or ☐ pending satisfaction of conditions of bond

ADDT'L MINUTES: _____

Criminal Information Sheet

CR-24 (7/09)