UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

United States of America,
                    Plaintiff,

vs.                                     Case Number: 05-cr-155-TCK & 06-cr-71-TCK
                                        Date: 6-9-2010
Lisa Jeanine Findley,                   Court Time: 1:30 p.m.
                    Defendant(s).        Actual Court Time: 1:30 p.m. to 2:15 p.m.

**MINUTE SHEET - FINAL REVOCATION OF PROB/SR HEARING & SENTENCING**

Terence Kern, U.S. District Judge         C. Smith, Deputy Clerk         Terri Beeler, Reporter

Counsel for Plaintiff: Charles McLoughlin
Counsel for Defendant: Julia O'Connell, FPD
Probation Officer: David Plunkett                Interpreter: _____  [] sworn
[x] Defendant appears in person with counsel      [] Counsel waived      [] Contested      [x] Uncontested
[x] Pltf & Deft reviewed Prob/SR Sentencing Memo:  [] Objs by: [] Pltf [] Deft;  [x] No Objs;   [x] Court adopts/accepts
[x] 18:3553 Findings re: Prob/SR Sentencing Memorandum made
[x] Revocation Sentence re: Guideline;   [] Departure: [] Variance [] Upward [] Downward;   [x] Findings made
[x] Defendant and counsel asked if they care to say anything before sentence is pronounced, and no cause to the contrary being shown
[x] Defendant stipulates to alleged violations of conditions   [x] Defendant's term of Prob/SR is revoked

**REVOCATION OF PROB/SR SENTENCE:**

[x] Bureau of Prison for a term of 12 months as to Case 05-cr-155-TCK and 12 months as to 06-cr-71-TCK [x] Concurrent and [x] Consecutive with CF095480
[] Probation for a term of _____ month(s) [] Concurrent [] Consecutive
[x] Supervised Release for a term of 48 months as to 05-cr-155 and 24 months as to 06-cr-71   [x] Concurrent [] Consecutive
[] Remainder of Fine:         $_____ [] with interest   [] interest waived
[x] Remainder of Restitution:   $139,223.64 [] with interest   [x] interest waived
[x] Remainder of Special Monetary Assessment: $$100 as to 05-cr-155 and $100 to 06-cr-71 [x] due immediately

**STANDARD CONDITIONS** as previously adopted by this court including the following additional conditions:

[x] Firearm, Ammunition, Destructive Device or Any Other Dangerous Weapon (shall not possess)
[x] Controlled Substances (shall not illegally possess)    [] Special Computer Restriction Conditions
[x] DNA Sample (cooperate with and submit to collection) [x] Special Financial Conditions
[] Alcohol Abstinence Condition                [x] Special Search and Seizure Conditions
[] Immigration/Naturalization Conditions       [] Special Sex Offender Conditions
[] Workforce Development Condition             [] Special Substance Abuse and Testing Conditions
[] Mental Health Treatment Conditions          [] To include inpatient treatment
[] Special Gambling Restriction Conditions     [] To include treatment program for gambling addiction
[] Community Service Conditions:               For ____ hours to be performed
[] Community Confinement Conditions:           For ____ months in confinement and allowed to maintain employment
[] Curfew Condition:    [] Home Detention Condition:  For ____ months to commence within ____ hours of sentencing/release from imprisonment and to include electronic monitoring at the discretion of the Probation Officer.
                                               Entire cost of the electronic monitoring shall be paid by: [] Prob [] Deft
*********************************************************************************************
[x] Defendant advised of right to appeal         [] Defendant gives oral notice of appeal
[] Court recommends to BOP:                      [] Designate a facility located near or in: _____
                                                 [] Residential Drug Abuse Treatment Program
                                                 [] Other: _____
[] Bond exonerated                               [] Appeal Bond set: $_____ ([] Cash or [] Surety); [] Findings made
[] Deft to self surrender to designated institution by noon on: _____, U.S.M. to advise of institution;   [] Findings made
[x] Defendant remanded to custody of U.S. Marshal
**Additional Minutes:** _____