# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05-CR-155-TCK |
| | ) |
| LISA JEANINE FINDLEY, | ) |
| a/k/a "Lisa Jeanine Sullins", | ) |
| a/k/a "Lisa Holden", | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR DETENTION

COMES NOW the United States of America, pursuant to 18 U.S.C. § 3142(e), and hereby requests that the Court detain the defendant pending trial.

Respectfully submitted,

DANNY C. WILLIAMS, SR.
UNITED STATES ATTORNEY


/s/ Charles M. McLoughlin
Charles M. McLoughlin, OBA No. 6052
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700