# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

United States of America,

                        Plaintiff,

vs.                                                Case Number: 05-cr-155-TCK

                                                    Proceeding: Detention Hearing

Lisa Jeanine Findley,                        Date: 1-7-2015

                          Defendant(s).      Court Time: 2:30 p.m.

## MINUTE SHEET

T. Lane Wilson, U.S. Magistrate Judge      C. Portilloz, Deputy Clerk      C1, Reporter

Counsel for Plaintiff: Charles McLoughlin

Counsel for Defendant: Julie Linnen, FPD

Minutes: Case called for Detention Hearing. Defendant appears in custody with counsel. Witness sworn and testimony given. Defendant proffers. Argument heard. The Court finds defendant should be detained pending revocation hearing. Defendant remanded to custody of USM. The Motion for Detention (dkt. 53) is granted.

Government's Witnesses:                          Defendant's Witnesses:

Alton Livingston      2:30 - 2:46 p.m.           _____

_____           _____

_____           _____

Government's Exhibits:                              Defendant's Exhibits:

Judgment and Commitment in 06-cr-71-TCK

Pretrial Services Report in 05-cr-155 and 06-cr-71-TCK

Court Time

2:30 - 3:00 p.m.