# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05-CR-155-TCK |
| | ) |
| LISA JEANINE FINDLEY, | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

    I hereby enter my appearance as additional Federal Public Defender counsel in this case for Lisa Jeanine Findley, Defendant.

    Respectfully submitted,

    OFFICE OF THE FEDERAL PUBLIC DEFENDER
    Julia L. O'Connell, Federal Public Defender

    By:   s/ William P. Widell
          William P. Widell, OBA#18313
          Assistant Federal Public Defender
          Williams Tower I, Suite 1225
          One West Third Street
          Tulsa, Oklahoma 74103-3532
          Telephone: (918) 581-7656
          Facsimile: (918) 581-7630
          E-mail: william_widell@fd.org
          *Counsel for the Defendant*

# CERTIFICATE OF SERVICE

  I certify that on the 15th day of January, 2015, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant(s):

  Mr. Charles M. McLoughlin
  Assistant United States Attorney
  Office of the United States Attorney
  110 West 7th Street, Suite 300
  Tulsa, Oklahoma 74119

            s/William P. Widell
            William P. Widell