# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

United States of America,

      Plaintiff,  Case Number: 05-CR-155-TCK

vs.           Proceeding: Revocation Hearing
             Date: 1-15-2015
LISA JEANINE FINDLEY,    Court Time: 2:00 p.m.
      Defendant.

**MINUTE SHEET**

Terence Kern, U.S. District Judge  K. Perkins, Deputy Clerk  Greg Bloxom, Reporter

Counsel for Plaintiff: Charles McLoughlin

Counsel for Defendant: William Widell, Appt.

Minutes: Case comes on for revocation hearing. Defendant present with counsel and in custody. Defendant stipulates sufficient evidence exits as to allegations/violations #1 and #5; Defendant admits allegations/violations #2-4 set forth in the Order on Supervised Release (Dkt. #51). Court accepts the stipulation/admissions as to the allegations and revokes Defendant's term of supervised release. Final Revocation of Supervised Release Hearing/Sentencing is set for February 12, 2015 at 1:00 p.m. Defendant is remanded to the custody of the USM.

Court Time: 2:04 - 2:20 p.m.