UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

United States of America,
                       Plaintiff,

vs.                                              Case Number: 05-CR-155-TCK-1
                                                          Date: 2-12-2015
LISA JEANINE FINDLEY,                     Court Time: 1:00 p.m.
                         Defendant(s).      Actual Court Time: 1:00 pm-1:15 pm

**MINUTE SHEET - FINAL REVOCATION OF PROB/SR HEARING & SENTENCING**

Terence Kern, U.S. District Judge          S. Turner, Deputy Clerk          Terri Beeler, Reporter
Counsel for Plaintiff: Charles McLoughlin
Counsel for Defendant: Julie Linnen, FPD
Probation Officer: Alton Livingston

[x] Defendant appears in person with counsel    [] Counsel waived    [] Contested    [x] Uncontested
[x] Pltf & Deft reviewed Prob/SR Sentencing Memo:  [] Objs by: [] Pltf [] Deft;  [x] No Objs;  [x] Court adopts/accepts
[x] 18:3553 Findings re: Prob/SR Sentencing Memorandum made
[x] Revocation Sentence re: Guideline;    [] Departure: [] Variance: [x] Upward [] Downward;  [x] Findings made
[x] Defendant and counsel asked if they care to say anything before sentence is pronounced, and no cause to the contrary being shown
[ ] Motion [Dkt. _____ ]: [] Granted    [] Motion [Dkt. _____ ]: [] Denied
[x] Defendant stipulates to alleged violations of conditions    [x] Defendant's term of Prob/SR is revoked

**REVOCATION OF PROB/SR SENTENCE:**

[x] Bureau of Prison for a term of   21 mos   month(s) [] Concurrent  [] Consecutive  [] Not Imposed
[] Probation for a term of _____ month(s) [] Concurrent [] Consecutive [] Not Eligible
[x] Supervised Release for a term of _____ month(s) [] Concurrent [] Consecutive [x] Not Imposed
[] Remainder of Fine: $_____ [] With Interest [] Interest Waived [] Not Imposed
[x] Remainder of Restitution: $ 138,268.64 [] With Interest [] Interest Waived [] Not Applicable
[] Remainder of Special Monetary Assessment: $_____ [] Due Immediately [] As Directed: _____ [] N/A

**STANDARD CONDITIONS** as previously adopted by this court including the following additional conditions:

[] Controlled Substances (shall not illegally possess):    [] Drug Testing   [] Drug Testing Waived
[] Firearm, Ammunition, et al. (shall not possess)       [] Special Computer Restriction Conditions
[] DNA Sample (cooperate with and submit to collection) [] Special Financial Conditions
[] Alcohol Abstinence Condition                        [] Special Search and Seizure Conditions
[] Immigration/Naturalization Conditions               [] Special Sex Offender Conditions
[] Workforce Development Condition                    [] Special Substance Abuse and Testing Conditions
[x] Mental Health Treatment Conditions                  [] To include inpatient treatment
[] Special Gambling Restriction Conditions               [] To include treatment program for gambling addiction
[] Community Service Conditions:                         For ___ hours to be performed
[] Community Confinement Conditions:                 For ___ months in confinement and allowed to maintain employment
[] Curfew Condition:    [] Home Detention Condition:  For ___ months to commence within ___ hours of sentencing/release
                                                           from imprisonment and to include electronic monitoring at the discretion
                                                           of the Probation Officer.
                                                           Entire cost of the electronic monitoring shall be paid by: [] Prob [] Deft
******************************************************************************************
[x] Defendant advised of right to appeal         Court recommends to BOP:
[] Defendant gives oral notice of appeal          [] Designate a facility located near or in: _____
[] Appeal affidavit required                          [] Residential Drug Abuse Treatment [] Mental/Medical Evaluation
                                                 [] Other: _____
[] Bond exonerated                                 [] Appeal Bond set: $_____ ([] Cash or [] Surety); [] Findings made
[] Deft to self surrender to designated institution by noon on: _____, U.S.M. to advise of institution;  [] Findings made
[x] Defendant remanded to custody of U.S. Marshal
**Additional Minutes:** _____

Minute Sheet Revocation Sentencing                                                                    CR-01b (12/10)