

United States District Court
Northern District of Oklahoma


RECEIVED DEC 1 6 2014
BY: USMS.N/OK

U. S. A. vs. Lisa Jeanine Findley   Docket No. 05-CR-155-001-TCK

FILED
FEB 12 2015
Phil Lombardi, Clerk
U.S. DISTRICT COURT

To: **Any United States Marshal or any other authorized law enforcement officer.**

## WARRANT FOR ARREST OF DEFENDANT

You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith, before The United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the Court.

| Name of Subject<br>Lisa Jeanine Findley | Sex<br>F | Race<br>American Indian or Alaska Native | Age<br>43 |
|---|---|---|---|

Address (Street, City, State, Zip Code)
2912 East 97th Place
Apartment #2613 gate code #3030
Tulsa, Oklahoma 74137

TO BE BROUGHT BEFORE: The United States District Court, Northern District of Oklahoma

| Phil Lombardi, Clerk of Court | (By) Deputy Clerk: s/ S. Cope | Date: 12/15/2014 |
|---|---|---|

### RETURN

Warrant received and executed. 1/7/15     Date received: 1/7/15     Date executed: 1/7/15

Executing Agency (Name and Address)
USMS / N/OK / Tulsa

Name: Sitn Gage     (By):     Date: 1/7/15

Warrant post conviction (OKND)