**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  05-CR-155-001-TCK |
| | ) | |
| LISA JEANINE FINDLEY-HOLDEN | ) | |
| | ) | |
| Defendant. | ) | |

**EX PARTE MOTION REQUIRING JUDGMENT DEBTOR
TO APPEAR AND ANSWER CONCERNING PROPERTY AND
ASSETS AND FOR INJUNCTION FORBIDDING
TRANSFER OR OTHER DISPOSITION OF PROPERTY**

The United States of America, by R. Trent Shores, United States Attorney, by Scott Woodward, Assistant United States Attorney, pursuant to 28 U.S.C. §3015, Fed.R.Civ.P. 69 and Okla. Stat. tit. 12, §842 requests that the Court enter an Order requiring the judgment debtor, Lisa Jeanine Findley-Holden, to appear at a date certain and answer concerning property and assets, and for an injunction enjoining the judgment debtor from alienating, concealing or encumbering any non-exempt property.  In support of this Motion, the United States shows the Court as follows:

1.      United States is a judgment creditor, having obtained judgment in the above-entitled cause on October 30, 2006, against the above-named Defendant, Lisa Jeanine Findley-Holden.  A balance of $138,268.64 remains outstanding.

2.      Pending a hearing on assets, there is a danger that the judgment debtor will attempt to transfer, encumber, alienate, and/or conceal property in an attempt to place it beyond the reach of creditors, and the United States submits that the Court should enter an order enjoining Defendant from so doing.

WHEREFORE, the United States requests as follows:

1.      That the Court enter an order directing Defendant Findley-Holden to appear and answer concerning this property and assets on a day certain to be fixed by the Court.

2.      That Defendant be further ordered to bring materials in order that a full and complete hearing on assets can be held.  Specifically:

   a.      Copies of income tax returns, state and federal, for the past five tax years.

   b.      Records of any and all real property you own or which may be held in trust for you by anyone else including a legal description of the property.

   c.      A complete list of all personal property in which you have an interest, whether or not it is held in your name.

3.      That the Court enter an order enjoining Defendant from transferring, alienating, concealing or encumbering any non-exempt property pending a hearing on assets and until further order of this Court.

Respectfully submitted,

R. TRENT SHORES
U.S. ATTORNEY

s/Scott Woodward
SCOTT WOODWARD, OBA #9874
Assistant United States Attorney
110 West 7th Street, Ste. 300
Tulsa, OK 74119
(918) 382-2700
fax (918) 560-7948
scott.woodward@usdoj.gov