# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 05-CR-155-001-TCK |
| LISA JEANINE FINDLEY-HOLDEN, | ) ) ) |
| Defendant. | ) |

## ORDER FOR DEFENDANT TO APPEAR AND ANSWER
## AS TO ASSETS AND INJUNCTION FORBIDDING TRANSFER
## OR OTHER DISPOSITION OF PROPERTY

TO: Lisa Jeanine Findley-Holden
Tulsa, OK 74127-8130

The Court, having reviewed the Ex Parte Motion for Order Requiring Judgment Debtor to Appear and Answer Concerning Property and Assets and for Injunction Forbidding Transfer or Other Disposition of Property, (ECF No. 68), hereby orders you, the Defendant, Lisa Jeanine Findley-Holden to appear in person and answer concerning your property and assets before Magistrate Judge McCarthy of the United States District Court for the Northern District of Oklahoma, at 333 West Fourth Street, Tulsa, Oklahoma, U. S. Courthouse, on January 17, 2018, at 9:30 a.m., in Courtroom #2 located on the third floor of the Courthouse.

YOU ARE ALSO ORDERED TO BRING WITH YOU THE FOLLOWING:

1.  Copies of income tax returns, state and federal, for the past five tax years.

2.  Records of any and all real property you own or which may be held in trust for you by anyone else including a legal description of the property.

3.  A complete list of all personal property in which you have an interest, whether or not it is held in your name.

YOU ARE FURTHER ORDERED to show cause why you should not be required to pay the judgment herein in installments in the event the Court may order you to do so, and you are ordered not to pay out, transfer, mortgage, alienate, encumber or make any other disposition of money, property, or assets, either real or personal, not exempt by law, until further order of this court (other than in the ordinary course of business or in the ordinary course of your affairs).

Defendant, Lisa Jeanine Findley-Holden, is hereby advised that failure to appear at the time and location set forth above may result in a bench warrant being issued for Defendant's arrest. A copy of this order, together with copies of Plaintiff's Motion shall be served upon Defendant forthwith.

DATED this 26th day of October 2017.

*[signature]*
**JODI F. JAYNE, MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**