# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 05-CR-155-001-TCK ) |
| LISA JEANINE FINDLEY-HOLDEN, | ) ) |
| Defendant. | ) |

## MOTION FOR ORDER STRIKING HEARING

The United States of America, by R. TRENT SHORES, United States Attorney, through Scott Woodward, Assistant United States Attorney, requests that the Court enter an Order striking the asset hearing currently set for January 17, 2018. In support of this Motion, the United States shows the Court as follows:

1. The undersigned filed an Ex Parte Motion for Judgment Debtor to Appear on Aseets on October 25, 2017, (doc. #68).

2. This court granted the Motion on October 26, 2017, doc. #69.

3. The Defendant phoned the Office of the United States Attorney on December 4, 2017 and completed an interview and financial statement. The undersigned believes that a hearing would be unproductive at this time.

WHEREFORE, the United States requests that the Court strike the asset hearing currently scheduled for January 17, 2018.

Respectfully submitted,

R. TRENT SHORES
United States Attorney

s/scott woodward
SCOTT WOODWARD, OBA #9874
Assistant United States Attorney
110 West 7th Street, Ste. 300
Tulsa, OK 74119
(918) 382-2700
fax (918) 560-7948
scott.woodward@usdoj.gov

## CERTIFICATE OF SERVICE

X   I hereby certify that on the 21st day of December 2017, I served the foregoing document by mail, proper postage paid on the following, who are not registered participants of the ECF System:

Lisa J. Findley-Holden
Murrietta, CA 92563

s/traci owens
TRACI OWENS
Financial Litigation Agent