# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF/GARNISHOR, ) | |
| ) | |
| vs. ) | CASE #: 05-CR-155-001-TCK |
| ) | |
| LISA JEANINE FINDLEY-HOLDEN, ) | |
| ) | |
| DEFENDANT, ) | |

## ORDER TO STRIKE ASSET HEARING

On consideration of the Motion to Strike Hearing, doc. #70 of the United States by and through its attorney, Scott Woodward, this court finds good cause to strike the hearing set for January 17, 2018.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the hearing set for January 17, 2018 is hereby stricken.

Dated this 22nd day of December, 2017.

_____
JODI F. JAYNE, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT