# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on reverse of this form*

**FILED** JAN 0 5 2018
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 05-CR-155-001-TCK |

| DEFENDANT | TYPE OF PROCESS: Service of |
|---|---|
| Lisa Jeanine Findley-Holden | Document #'s 68 & 69 |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ECT., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Lisa Jeanine Findley-Holden

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
126 N. 37th West Ave., Tulsa, Oklahoma 74127-8130

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

UNITED STATES ATTORNEYS OFFICE
SCOTT WOODWARD, AUSA
NORTHERN DISTRICT OF OKLAHOMA
110 WEST 7TH STREET, STE. 300
TULSA, OK 74119

RECEIVED OCT 26 2017 BY:____

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternative Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:
SSN: ***-**-8588
DOB: xx/xx/1971
PERSONAL SERVICE: Please serve NLT Jan. 15, 2018, AH set for Jan. 17, 2018. Please contact Traci Owens @ 918-382-2700 when service is complete. Thank you.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (918) 382-2700
DATE: October 26, 2017

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 62 | District to Serve No. 62 | Signature of Authorized USMS Deputy or Clerk MM | Date 10/26/17 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 12-28-17
Time: 11:00 am
Signature of U.S. Marshal or Deputy: E. Madden

| Service Fee 65.00 | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |

REMARKS:
1st endeavor 12-21-17 @ 11:30am - no answer @ residence
12-28-17 @ 11:00am - informed by occupant that Defendant no longer lives at listed address and is not welcome there.

**PRIOR EDITIONS MAY BE USED**

FORM USM-285 (Rev.12/15/80)

1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT
5. ACKNOWLEDGMENT OF RECEIPT